IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHAMMAD, | ) | Civil Action No. 7:16-cv-00283 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Y. TAYLOR, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This <u>21st</u> day of June, 2016.

                                                        /s/ Jackson L. Kiser
                                                        Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 21 2016

JULIA C. DUDLEY, CLERK
BY: H McOmeed
    DEPUTY CLERK